June 09, 2006

Mr. J. B. Whittenburg
Orgain Bell & Tucker
470 Orleans Street
Beaumont, TX 77701
Mr. Toby C. Easley
Matthews & Easley, P.C.
11767 Katy Freeway, Suite 520
Houston, TX 77079

RE: Case Number: 05-0155
 Court of Appeals Number: 09-04-00167-CV
 Trial Court Number: B-163596

Style: MARK D. LARSON, M.D., P.A. AND MARK D. LARSON, M.D.
 v.
 MARY MARTHA DOWNING

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause. Pursuant to Texas Rule
of Appellate Procedure 59.1, after granting the petition for review and
without hearing oral argument, the Court reverses the court of appeals'
judgment and affirms the trial court's judgment.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Carol Anne |
| |Flores |
| |Ms. Lolita Ramos |